IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT -5  AM 10: 40

CLERK _____
SO. DIST. OF GA.

CHRISTOPHER LOWE,               )
                               )
        Plaintiff,             )
                               )
    v.                         )        CV 312-064
                               )
Sergeant HAMILTON,             )
                               )
        Defendant.             )

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.  Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.  Therefore, this case is **DISMISSED** without prejudice as a sanction for abuse of the judicial process, and this civil action is **CLOSED**.

SO ORDERED this ___ day of October, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE